NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE: BAXTER CORPORATION ENGLEWOOD,
*Appellant*

---

2018-1071

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 13/399,092.

---

## JUDGMENT

---

MICHAEL IRA COHEN, Baxter International Inc., Deerfield, IL, argued for appellant. Also represented by IRA D. FINKELSTEIN; MATTHEW SCOTT DICKE, DEVON C. BEANE, KATHERINE HOFFEE, K&L Gates LLP, Chicago, IL.

KAKOLI CAPRIHAN, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Andrei Iancu. Also represented by THOMAS W. KRAUSE, JOSEPH MATAL, ROBERT MCBRIDE, MEREDITH HOPE SCHOENFELD.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* MOORE and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| October 10, 2018 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |